AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America

v.

DETRICK GREENE

*Defendant(s)*

Case: 1:25-mj-00269
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 11/18/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Novermber 13, 2025** in the county of **Washington** in the District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 §§ 841(a)(1), (b)(1)(B)(vi) | - Distribution of Fentanyl |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

SA Kyrystine Pindle
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means). Sworn to before me and signed in my presence.

Date: 11/18/2025

*Judge's signature*

City and state: WASHINGTON, DC

U.S. Magistrate Judge, Zia M. Faruqui
*Printed name and title*